[    ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**

    **(1) Melody Brigita Carr**
        xxx-xx-3131                           **Case No.**

    **(2)**

**Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:**   (1)   1019 Marechalneil     (2)
                         Memphis TN 38114

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay   $182.00   (X) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        **(X) PAYROLL DEDUCTION** from:   SMX, LLC   **OR**   ( ) **DIRECT PAY.**
                                                860 W. Evergreen Avenue
                                                Chicago, IL 60642

    **DEBTOR (2)** shall pay   $   ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

        **( ) PAYROLL DEDUCTION** from:           **OR**   ( ) **DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**   ( ) YES   ( X ) NO

    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**   ( X ) YES   ( ) NO

    **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]**   ( ) YES   ( X ) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:

| | | Monthly Plan Payment |
|---|---|---|
| ; ongoing payment begins | | $ |
| Approximate arrearage: | | $ |
| ; ongoing payment begins | | $ |
| Approximate arrearage: | | $ |

**5. PRIORITY CLAIMS:**

| | Value of Claim | Monthly Plan Payment |
|---|---|---|
| Internal Revenue Service | $1,696.50 | $29.00 |
| | | $ |

**6. HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

| | | | Monthly Plan Payment |
|---|---|---|---|
| ; ongoing payment begins | | | $ |
| Approximate arrearage: | Interest | % | $ |
| ; ongoing payment begins | | | $ |
| Approximate arrearage: | Interest | % | $ |

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Santander Consumer USA | $27,408.28 | 7.0 % | $540.00 |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

| | Collateral: |
|---|---|
| | Collateral: |

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| City of Memphis Court Clerk | $319.26 | % | $6.00 |
| Progressive Leasing | $1,994.22 | % | $34.00 |
| Shelby County General Sessions | $227.25 | % | $4.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

  ( ) Not provided for   **OR**   ( ) General unsecured creditor
  ( ) Not provided for   **OR**   ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**   $ 24,216.22 .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

  ( ) _____ %, **OR**,

  (X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Solomon Young    ( X ) Assumes   **OR**   ( ) Rejects.
Progressive Leasing    ( X ) Assumes   **OR**   ( ) Rejects.

**17. COMPLETION:**   Plan shall be completed upon payment of the above, approximately __sixty (60)__ months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

  /s/ S. Jonathan Garrett      **DATE: October 22, 2019**
  **Debtor(s)' Attorney Signature**

  S. Jonathan Garrett (BPR#019389) Attorney for Debtor
  2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
  Telephone: 901-323-3200    Facsimile: 901-323-3275    Email: help@sjgarrett.com